No. 385, October Term, 1954. DANIMAN ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL.; and

No. 378. DANIMAN ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL. The motion for leave to file petition for rehearing and for incidental relief is denied. The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. The motion for leave to use the record in No. 385, October Term, 1954, *Daniman* v. *Board of Education,* 348 U. S. 933, is granted. Petition for writ of certiorari to the Court of Appeals of New York denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS would grant the rehearing in accordance with the action taken in *Cahill* v. *New York, New Haven & Hartford R. Co.,* 351 U. S. 183. MR. JUSTICE BRENNAN took no part in the consideration or decision of these cases. *Osmond K. Fraenkel* for appellants-petitioners. *Peter Campbell Brown, Seymour B. Quel* and *Bernard Friedlander* for appellees-respondents. Reported below: See 1 N. Y. 2d 855, 135 N. E. 2d 732.

No. 342. GAYLE ET AL., MEMBERS OF THE BOARD OF COMMISSIONERS OF MONTGOMERY, ALABAMA, ET AL. *v.* BROWDER ET AL., *ante,* .p. 903. Petition for clarification and rehearing denied.

No. 294, Misc. SIMMONS *v.* NEW YORK. Motion for leave to file a petition for writ of certiorari or, in the alternative, a petition for writ of mandamus denied.